United States District Court
Southern District of Texas
**ENTERED**
July 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CANYON GATE AT NORTHPOINTE OWNERS ASSOCIATION, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-1737 |
| ANTWAN HENRY, *et al*, | § § § | |
| Defendants. | § | |

## O R D E R

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File ECF **(Instrument No. 4)** is **DENIED**.  Only attorneys are allowed to file with CMECF.  You may submit your pleadings by mail.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ___27th___ day of July, 2021, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**