# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Canyon Gate at Northpointe Owners
Association, Inc.

*versus*                                                                                          Case Number: 4:21−cv−01737

Antwan Henry, et al.

## **NOTICE OF NON−COMPLIANCE**

The appellant or counsel for the appellant has failed to:

- Pay the notice of appeal filing fee.
- Submit the DKT13 transcript order form.

Date: January 19, 2022.

                                                                                                       Nathan Ochsner, Clerk