# United States Court of Appeals
# for the Fifth Circuit

A True Copy
Certified order issued Mar 28, 2022

Jyle W. Cayce

Clerk, U.S. Court of Appeals, Fifth Circuit

United States Courts
Southern District of Texas
FILED
March 28, 2022
Nathan Ochsner, Clerk of Court

No. 22-20007

CANYON GATE AT NORTHPOINTE OWNERS ASSOCIATION, INCORPORATED,

*Plaintiff—Appellee,*

versus

ANTWAN HENRY; TERRI JENKINS,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1737

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 28, 2022, for want of prosecution. The appellant failed to timely pay docketing fee and order transcript and make financial arrangements with the court reporter.

No. 22-20007

By: *Dawn Shulin*
Dawn M. Shulin, Deputy Clerk

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 28, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 22-20007   Canyon Gate v. Henry
USDC No. 4:21-CV-1737

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dawn Shulin
Dawn M. Shulin, Deputy Clerk
504-310-7658

cc w/encl:
    Ms. Sarah Beth Gerdes
    Mr. Antwan Henry
    Ms. Terri Jenkins